UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 BANKRUPTCY |
|     Daniel Marino, a/k/a | : |
|     Daniel Joseph Marino, III | : |
|     a/k/a Dan Marino | : |
|         Debtor | : |
| | : NO.  12-20492 ELF |
|     M & T Bank | : |
|         Moving Party | : DATE: 7-28-16 |
| | : |
|     Daniel Marino, et al. | :  TIME: 10:00 a.m. |
|         Debtor | : COURTROOM: 1 |
| | : |
|     William C. Miller, Esquire | : |
|         Trustee | : |

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing Debtor's Answer to M & T Bank's Motion for Relief was served upon the following parties by mailing such copies by first class, postage prepaid or by electronic means on July 13, 2016 to the following:

Asst. U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA   19107

William C. Miller, Trustee
P.O. BOX 1229
Philadelphia, PA 19105

Joshua I. Goldman, Esquire
KML Law Group, P.C.
BNY Mellon Independence Ctr.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Daniel Marino
6319 Horrocks Street
Philadelphia, PA 19149

 /s/ MICHAEL A. LATZES
MICHAEL A. LATZES, ESQUIRE
Attorney for Debtor