United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 12-20492-elf
Daniel Marino                                                                   Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR          Page 1 of 1              Date Rcvd: Aug 08, 2016
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2016.
db           +Daniel Marino,    6319 Horrocks Street,    Philadelphia, PA 19149-2829

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2016                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2016 at the address(es) listed below:
          ANN E. SWARTZ    on behalf of Creditor    Cenlar, FSB ecfmail@mwc-law.com,   ecfmail@mwc-law.com
          ANN E. SWARTZ    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com,   ecfmail@mwc-law.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
          KEVIN T MCQUAIL    on behalf of Creditor    Cenlar, FSB ecfmail@mwc-law.com
          LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
          MARISA MYERS COHEN    on behalf of Creditor    Cenlar, FSB mcohen@mwc-law.com
          MICHAEL A. LATZES    on behalf of Debtor Daniel  Marino efiling@mlatzes-law.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                      TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Daniel Marino aka Daniel Joseph Marino, III aka Dan Marino,<br>   Debtor. | CHAPTER 13 |
| | BANKRUPTCY CASE NUMBER 12-20492/ELF |
| Nationstar Mortgage LLC,<br>   Movant, | 11 U.S.C. § 362 |
| v. | |
| Daniel Marino aka Daniel Joseph Marino, III aka Dan Marino,<br>   Debtor, | |
| William C. Miller, Trustee,<br>   Additional Respondent. | |

## STIPULATION AND ORDER

AND NOW, in consideration of the mutual promises and agreements set forth below, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, it is hereby stipulated and agreed to by and between the undersigned as follows:

1.  This Stipulation shall govern all post-petition payments due and owing to Movant, including those that fall due after the arrears, as set forth below, are cured.

2.  The post-petition arrearages on the mortgage held by Movant on Debtor' property at 6319 Horrocks Street, Philadelphia, PA 19149, are $3,523.80.  The breakdown of the arrears is as follows:

Post-Payments from February 1, 2016 to July 1, 2016 at $491.30 each =
$2,947.80;
Bankruptcy Fees                  $400.00
Bankruptcy Costs               $176.00

3.  If Debtor provides proof of negotiated payments not already credited, they

1

will receive credit for those payments.

    4.    Debtor shall cure the arrearages in the following manner:

    (a)    A lump sum payment of $491.00 shall be made on or before August 5, 2016;

    (b)    Movant shall apply $289.32 from Debtor Suspense to the arrearage balance;

    (c)    The balance of the arrears, to-wit, $2,743.48, shall be cured by the payment by Debtor of the sum of $457.25 commencing August 1, 2016, and continuing for 6 consecutive months through and including January 1, 2017, until the arrears are cured, together with the regular monthly mortgage payment of $491.30, or as same may be adjusted from time to time in accordance with Paragraph (f) hereof, for the total monthly payment amount of $948.55, payable on the due date of Debtor's mortgage;

    (d)    If funds are not received prior to the 16th of the month, then the payment shall include all applicable late charges;

    (e)    All payments to Movant are to be in CERTIFIED FUNDS, MONEY ORDER, BANK CASHIER'S CHECK with the Loan No. written on the face thereof, and shall be made directly to Attention: BANKRUPTCY DEPARTMENT, Nationstar Mortgage LLC, at P.O. Box 619094, Dallas, Texas 75261-9741; alternatively, Debtor is allowed to make payments by phone to Nationstar Mortgage LLC;

    (f)    Debtor is responsible to pay the monthly payment as that amount may be adjusted from time to time by Movant in accordance with standard escrow practices;

    (g)    All payments made pursuant to this Stipulation and Order shall be applied first to reimburse Movant for its attorneys' fees and costs (as provided for above) in

connection with this motion. All further payments will be applied to the arrears and/or

monthly payments in the manner prescribed by the Mortgage and Note.

4.    In the event that Debtor fail to make any of the payments set forth above,

Movant shall notify Debtor and Debtor's attorney of the default in writing and Debtor

may cure the default within 15 days of the notice.  If Debtor should fail to cure the default

within 15 days, Movant may file a Certification of Default with the Court, and upon the

filing of the Certification, Debtor consents to the Court entering an Order granting

Movant relief from the Automatic Stay.

5.    After Movant sends two (2) Notices of Default for Debtor's failure to

remain post-petition current, then Movant may file a Certification of Default with the

court instead of sending a third Notice of Default.

6.    Debtor understands that should Movant be forced to provide a written

Notice of Default of this Stipulation, that Debtor shall be responsible for any reasonable

attorney fees of $50.00 per Notice of Default and $200.00 per Certification of Default

incurred by Movant as a result of preparation of same.

7.    Debtor agrees that the Court may waive Rule 4001(a) (3), permitting

Movant to immediately implement and enforce the Court's order.

Dated: _____7/29/16_____          _____
                                  Kevin S. Frankel, Esquire
                                  Attorney for Movant

Dated: __7/26/2016__          _____
                                  Michael A. Latzes, Esquire
                                  Attorney for Debtor

3

#12-20492

Dated: 7-26-16 _____    _____
                                  Daniel Marino
                                  Debtor                    NO OBJECTION

Dated: 8|3|16 _____     _____
                                  William C. Miller         *without prejudice    to any
                                  Trustee                    trustee rights    or remedies

AND NOW, this  8th day of August, 2016, it is hereby ORDERED that the
foregoing Stipulation is approved.

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE

4