United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Daniel Marino  
    Debtor

Case No. 12-20492-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Sep 15, 2016  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2016.  
db          +Daniel Marino,    6319 Horrocks Street,    Philadelphia, PA 19149-2829

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2016                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2016 at the address(es) listed below:

        ANN E. SWARTZ     on behalf of Creditor     Cenlar, FSB ecfmail@mwc-law.com, ecfmail@mwc-law.com  
        ANN E. SWARTZ     on behalf of Creditor     M&T Bank ecfmail@mwc-law.com, ecfmail@mwc-law.com  
        JOSHUA ISAAC GOLDMAN     on behalf of Creditor     M&T Bank bkgroup@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        KEVIN S. FRANKEL     on behalf of Creditor     Nationstar Mortgage LLC pa-bk@logs.com  
        KEVIN T MCQUAIL     on behalf of Creditor     Cenlar, FSB ecfmail@mwc-law.com  
        LEEANE O. HUGGINS     on behalf of Creditor     Nationstar Mortgage LLC pabk@logs.com  
        MARISA MYERS COHEN     on behalf of Creditor     Cenlar, FSB mcohen@mwc-law.com  
        MICHAEL A. LATZES     on behalf of Debtor Daniel  Marino efiling@mlatzes-law.com  
        United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER     on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,  
         philaecf@gmail.com  
        WILLIAM C. MILLER     ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                           TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Daniel Marino aka Daniel Joseph Marino, III aka Dan Marino <br>        Debtor | CHAPTER 13 |
| M&T Bank <br>        Movant <br> vs. | NO. 12-20492 ELF |
| Daniel Marino aka Daniel Joseph Marino, III aka Dan Marino <br>        Debtor | 11 U.S.C. Section 362 |
| William C. Miller Esq. <br>        Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by Movant on Debtor's residence is **$1,277.48**, which breaks down as follows;

Post-Petition Payments:  May 18, 2016 through August 18, 2016 at $319.37 each
**Total Post-Petition Arrears**  **$1,277.48**

2. Debtor shall cure said arrearages in the following manner;

a). Debtor shall tender **$600.00** within seven (7) days of this stipulation;

b). Beginning September 2016 and continuing through February 2017, until the arrearages are cured, Debtor shall pay the present regular monthly payment of **$319.37** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$112.91** towards the arrearages on or before the last day of each month;

**M&T Bank**
**P.O. Box 1288**
**Buffalo, NY 14240-1288**

c). Maintenance of current monthly mortgage payments to Movant thereafter.

3.  Should debtor provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4.  In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay.

5.  The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6.  If the case is converted to Chapter 7, Movant shall file a Certification of Default with the court and the court shall enter an order granting Movant relief from the automatic stay.

7.  If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8.  The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9.  The parties agree that a facsimile signature shall be considered an original signature.

Date:  August 26, 2016    By:  **/s/ Joshua I. Goldman, Esquire**
Joshua I. Goldman, Esquire
Thomas Puleo, Esquire
Attorneys for Movant
KML Law Group, P.C.
Main Number: (215) 627-1322

Date: 9-6-16

Michael A. Latzes Esq.
Attorney for Debtor

Date: 9-6-16

Daniel Marino aka Daniel Joseph Marino, III
aka Dan Marino

Approved by the Court this ___15th___ day of ___September___, 2016. However, the court retains discretion regarding entry of any further order.

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**