# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Daniel Marino aka Daniel Joseph Marino, III aka Dan Marino<br>　　　　　　　Debtor | Chapter 13 |
| M&T Bank<br>　　　　　　　Movant<br>v.<br>Daniel Marino aka Daniel Joseph Marino, III aka Dan Marino<br>　　　　　　　Debtor<br>William C. Miller, Esq.<br>　　　　　　　Trustee | NO. 12-20492 ELF |

## ORDER

AND NOW, this 27th day of December, 2017 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved by the Court on September 15, 2016, it is **ORDERED** that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified as to Movant, with respect to the real property at 6319 Horrocks Street Philadelphia, PA 19149, to allow M&T Bank, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage on the aforesaid property and to pursue its in rem State Court remedies against the property, which actions may include continuation or commencement of mortgage foreclosure proceedings against the property, and the execution of judgment and Sheriff's Sale against the property.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**