United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-20492-elf
Daniel Marino                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 1           Date Rcvd: Dec 27, 2017
                             Form ID: pdf900           Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2017.
db             +Daniel Marino,   6319 Horrocks Street,   Philadelphia, PA 19149-2829

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2017 at the address(es) listed below:
         ANN E. SWARTZ    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com,   ecfmail@mwc-law.com
         ANN E. SWARTZ    on behalf of Creditor    Cenlar, FSB ecfmail@mwc-law.com,   ecfmail@mwc-law.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. pa-bk@logs.com
         KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
         KEVIN T MCQUAIL    on behalf of Creditor    Cenlar, FSB ecfmail@mwc-law.com
         KRISTEN D. LITTLE    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
         LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
         MARISA MYERS COHEN    on behalf of Creditor    Cenlar, FSB mcohen@mwc-law.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
         MICHAEL A. LATZES    on behalf of Debtor Daniel  Marino efiling@mlatzes-law.com
         THOMAS I. PULEO    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                          TOTAL: 15

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Daniel Marino aka Daniel Joseph<br>   Marino, III aka Dan Marino<br>         Debtor | Chapter 13 |
| M&T Bank<br>        Movant<br>  v. | NO. 12-20492 ELF |
| Daniel Marino aka Daniel Joseph Marino, III<br>aka Dan Marino<br>        Debtor | |
| William C. Miller, Esq.<br>        Trustee | |

## ORDER

AND NOW, this 27th day of December , 2017 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved by the Court on September 15, 2016, it is **ORDERED** that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified as to Movant, with respect to the real property at 6319 Horrocks Street Philadelphia, PA 19149, to allow M&T Bank, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage on the aforesaid property and to pursue its in rem State Court remedies against the property, which actions may include continuation or commencement of mortgage foreclosure proceedings against the property, and the execution of judgment and Sheriff's Sale against the property.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**