# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL MARINO                                        Chapter 13

                    Debtor            Bankruptcy No. 12-20492-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: February 13, 2018**        _____
                                   Eric L. Frank
                                   ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL A LATZES ESQUIRE
1528 WALNUT STREET
STE 700
PHILA, PA 19102-

Debtor:
DANIEL MARINO

6319 HORROCKS STREET

PHILADELPHIA, PA 19149-