United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-20492-elf
Daniel Marino                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR         Page 1 of 2             Date Rcvd: Feb 13, 2018
                       Form ID: pdf900       Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2018.
```
db            +Daniel Marino,    6319 Horrocks Street,    Philadelphia, PA 19149-2829
aty           +ANN SCHWARTZ,    attorney for MT Bank,    123 South Broad Street,    ste 1400,
               Philadelphia, Pa 19109-1060
cr           ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,    350 Highland Drive,
               Lewisville, TX   75067)
12903304      +Capital One,   P.O. BOX 30281,    Attn: Bankruptcy Dept.,    Salt Lake City, UT 84130-0281
12943096       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
12903305      +Cenlar Federal Savings & Loan,    425 Phillips Blvd.,    Attn: Bankruptcy Dept.,
               Trenton, NJ 08618-1430
12903307      +Discover Bank, through its serving agent,    DB Servicing Corp.,    6500 New Albank Road,
               Attn: Bankruptcy Dept.,    New Albany, OH 43054-8730
12903310      +Terrence J. McCabe, Esquire,    First Union Bldg.,    123 S. Broad St., Suite 2080,
               Philadelphia, PA 19109-1031
13839322      +Thomas Puleo,    KML Law Group P.C.,    c/o M&T Bank,    701 Market Street ste 5000,
               Philadelphia Pa 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Feb 14 2018 01:52:41     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 14 2018 01:52:18
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 14 2018 01:52:37     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13055280       E-mail/Text: bankruptcy@phila.gov Feb 14 2018 01:52:41     City of Philadelphia - Law Dept.,
               One Parkway, 15th Floor,    1515 Arch St.,    Attn: Bankruptcy Dept.,
               Philadelphia, PA  19102-1595
13063797       E-mail/Text: bankruptcy@phila.gov Feb 14 2018 01:52:41     City of Philadelphia Law Department,
               Tax Unit - Bankruptcy,    Municipal Services Building,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA 19102-1595
13011227      +E-mail/Text: bankruptcy@phila.gov Feb 14 2018 01:52:41
               CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    MUNICIPAL SERVICES BUILDING  BANKRUPTCY,
               1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
12903306      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Feb 14 2018 01:52:49
               Comcast Cable,    1 Comcast Center,    Attn: Bankruptcy Dept.,    Philadelphia, PA 19103-2899
12906955       E-mail/Text: mrdiscen@discover.com Feb 14 2018 01:52:09     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13055275       E-mail/Text: cio.bncmail@irs.gov Feb 14 2018 01:52:11     Internal Revenue Service,
               P.O. BOX 7346,    Attn: Bankruptcy Dept.,    Philadelphia, PA  19101-7346
12903308       E-mail/Text: camanagement@mtb.com Feb 14 2018 01:52:13     M & T Bank,    P.O. Box 900,
               Attn: Bankruptcy Dept.,    Millsboro, DE 19966
12951068       E-mail/Text: camanagement@mtb.com Feb 14 2018 01:52:13     M&T Bank,    P.O. Box 840,
               Buffalo, NY 14240-1840
12944291       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 14 2018 01:52:18
               Pennsylvania Department of Revenue,    Bankruptcy Divison PO Box 280946,
               Harrisburg, Pa.  17128-0946
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: NATIONSTAR MORTGAGE, LLC.,    PO Box 619096,
               Dallas, TX  75261-9741)
13063798*    ++CITY OF PHILA SCHOOL DISTRICT OF PHILA,    MUNICIPAL SERVICES BUILDING,
               1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
              (address filed with court: City of Philadelphia Law Department,    Tax Unit - Bankruptcy,
               Municipal Services Building,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA 19102-1595)
13560947*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
12903309     ##+Michael J. Dougherty, Esquire,    Weltman, Weinberg & Reis Co.,    325 Chestnut St., Suite 501,
               Philadelphia, PA 19106-2605
                                                                                              TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2           User: DonnaR              Page 2 of 2                   Date Rcvd: Feb 13, 2018
                               Form ID: pdf900           Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2018 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    Cenlar, FSB ecfmail@mwc-law.com,  ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com,  ecfmail@mwc-law.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. pa-bk@logs.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
              KEVIN T MCQUAIL    on behalf of Creditor    Cenlar, FSB ecfmail@mwc-law.com
              KRISTEN D. LITTLE    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              MARISA MYERS COHEN    on behalf of Creditor    Cenlar, FSB mcohen@mwc-law.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              MICHAEL A. LATZES    on behalf of Debtor Daniel  Marino efiling@mlatzes-law.com
              THOMAS I. PULEO    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 15
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DANIEL MARINO                                                    Chapter 13

                    Debtor                    Bankruptcy No. 12-20492-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: February 13, 2018**

_____
Eric L. Frank
ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL A LATZES ESQUIRE
1528 WALNUT STREET
STE 700
PHILA, PA 19102-

Debtor:
DANIEL MARINO

6319 HORROCKS STREET

PHILADELPHIA, PA 19149-